Maurice J. Rabbins, appellant, v. Chicago Railways Company et al., trading as Chicago Surface Lines, appellees. Gen. No. 29,031.

Action for personal injuries. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 30, 1924.

Wallace Streeter and Archie H. Cohen, for appellant. John R.

Guilliams, Harry P. Weber, George W. Miller, Arthur J. Donovan and Arthur A. Anderson, for appellees; Joseph D. Ryan, of counsel.

Mr. Justice Johnston delivered the opinion of the court.